In the Matter of the Claim of JAMES K. BROOKS, Respondent, against KOLB-MILLSPAUGH, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of FLOYD F. COATES, Respondent, against BORINE MANUFACTURING Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Application for the Probate of the Last Will and Testament of ISAAC MELTZER (Also Known as AIZIK MELTZER), Deceased.— Motion to dismiss appeal granted unless appellant, on or before February fifteenth, perfects appeal, files and serves printed record on appeal, and files and serves brief, and is ready for argument at the March term, in which event the motion is denied. The case as settled should contain only the evidence and proceedings germane to the issue presented on the appeal from the order. (See *Matter of Coyle* v. *Howell, Fields & Goddard, Inc.*, 228 App. Div. 388; *Matter of MacConel* v. *Union Coal & Ash Co.*, 230 id. 336; *People* v. *Jameison*, 260 N. Y. 134; *Derby* v. *General Electric Co.*, 208 App. Div. 529; *Martin* v. *Donnelly*, 223 id. 353; *Moran* v. *Rainbow Appliance Corp.*, 225 id. 587.) Motion for leave to submit case without printing record denied.

In the Matter of the Claim of P. B. HARTMAN, Respondent, against GENERAL DEVELOPMENT CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

GEORGE T. PROUT, Respondent, v. HELEN PISZCZEK, Also Known as HELEN PISECK, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

In the Matter of the Application of BEULAH DE FOREST WRIGHT and Others, Respondents, for a Writ of Certiorari to Review the Assessment of Certain of Their Real Property in the City of Schenectady, New York. JESSE H. FONDA and Others, Constituting the Board of Assessors of the City of Schenectady, New York, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur, except Bliss, J., who dissents, in part with a memorandum. Bliss, J. (dissenting). I concur in the affirmance of that portion of the order appealed from which denies the motion to quash the writ. I dissent from the affirmance of and vote to reverse that portion of the order which appoints a referee to take evidence, on the ground that the appointment of a referee before the return has been filed is premature. (Tax Law, § 293.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED MONES and MACK ROSE, Appellants.— Judgment of conviction and order denying motion for new trial unanimously affirmed. McNamee, J., not sitting.

ELIZABETH DICKSON, Respondent, v. ATTIE J. DOYLE and Another, Appellants. JANE DICKSON, an Infant, by CHARLES F. DICKSON, Her Guardian ad Litem, Respondent, v. ATTIE J. DOYLE and Another, Appellants.— Judgments and orders unanimously affirmed, with costs in one action. McNamee, J., not sitting.